AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

IRENE MACROPOULOS

*Plaintiff(s)*

v.

ADVANCED CARDIOVASCULAR DIAGNOSTICS, PLLC, PERRY FRANKEL, M.D., individually, and ROSEANNE FRANKEL, individually

*Defendant(s)*

Civil Action No. 24-cv-08917-SJB-ARL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ADVANCED CARDIOVASCULAR DIAGNOSTICS, PLLC
833 Northern Boulevard, Suite 100, Great Neck, New York 11021
PERRY FRANKEL, M.D., individually ~via place of business~ 833 Northern Boulevard, Suite 100, Great Neck, New York 1102
ROSEANNE FRANKEL, individually ~via place of business~ 833 Northern Boulevard Suite 100, Great Neck, New York 1102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PHILLIPS & ASSOCIATES, PLLC
Attorneys for Plaintiff
Max C. Bracero, Esq.
45 Broadway, Floor 28
New York, New York 10006
mbracero@tpglaws.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 1/2/2025



*Christopher Giacalone*
*Signature of Clerk or Deputy Clerk*